# COMPLAINT

**(for filers who are prisoners without lawyers)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern
FILED
DEC 18 2025
Clerk of Court

(Full name of plaintiff)

Allen Tanell Gregory

v.

(Full name of defendant(s))

Officer Jimenez-Gonzalez

Officer Cruz Jonathan

Officer MAX CZISKE

officer Jeremiah Lewis, Officer Giles Gutowski

Case Number:

**25-C-1988**

(to be supplied by Clerk of Court)

A.  PARTIES

1.  Plaintiff is a citizen of __Wisconsin__, and is located at
(State)

__949 N 9th St  Milwaukee, WI 53233__
(Address of prison or jail)

2.  Defendant _____
(Name)

is (if a person or private corporation) a citizen of __WISCONSIN__
(State, if known)

and (if a person) resides at _____
(Address, if known)

Complaint – 1

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Milwaukee Police Department___

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On september 21, 2024, I was at my resident and my girlfriend at the time were having a argument because I caught her cheating, I was trying to put her out of my house and she called the police. Upon officer's arriving I tried to get my girlfriend to leave, when officer's arrived one officer went in to talk to my girlfriend I let him in threw the back door, I am hearing and impaired so I called my Landlord

to translate to officer's for me because I can not hear but I can read lips. While I was on my phone officer Jimenez-Gonzalez was trying to reach for my phone, I tried to tell the officer that I was hearing and impaired he thought I was lying. Officer Jimenez Gonzalez striked me several times in the face, officer Lewis also striked me in the face while officer Cruz twisted my arms behind my Back. Officer's handcuffed me after slamming scraping my head on the concrete and punching me in my face several times my eye was swollen shut. Once at the police station I was booked in I tried telling officer's that I needed a translator and that I was hearing and impaired.

On September 22, 2024 officer Cruz and Officer Max tried to swab me I tried telling officers that I refused to giving any DNA samples without my Attorney And American Sign Language Interpreter present. I Requested Qualified Interpreter 3 times while They was reading Some paper to Me which i told The officers numerous time I Didn't Understand What they were Reading to Me to get Me an Interpreter The officers Neglected My Request And Continue Doing What Was Best For Them I Couldn't Read Theirs Lips Due Too My EyE Being Injury From First Incident On September 21, 2024 Officer Cruz and Officer Max Both Tried Forcing The Swab Stick In My Mouth Both Officers Were Punching Me And Choking me while I couldn't Breathe On top Of That Forcing The Swab Stick In My Mouth Due To The Injuries I Sustained From Both Officers I had to Be Transferred To St Luke Hospital For my Injuries While I Was at The Hospital A Qualify Interpreter Was Provided For Me, Who Had Confirmed To Officers That I was Hearing Impaired I Will Like To Proceed With A Excessive Use Of Force Against ALL Officers And A Failure To Intervene Excessive Use Of Force Claim Against All Officers The Officers Also Violated My Rights Under §504 Of The Rehabilitation Act Of 1973 I Suffered Severe Emotional Anguish and Related Suffering Because The Milwaukee Police Officers Discriminated Against Me By Failing To Provide An Audio Interpreter or Write On Paper To Help Me Understand What Is Going On Throughout The Course Of My Arrest And Subsequent Processing. I Am Still Suffering From The Pain

Officers Caused Due to my Nasal Bone Being Broken From The Fists Strikings To My Face From The Milwaukee Police Officers At District 3 I Am Unable To Breathe Freely Through One Nostril Until I Get Surgery Done In Order To Breathe Freely Through Both Nostril

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I will like monetary relief for the injuries I sustained from officers, the psychological damages I've endured because of this incident, Im currently at Milwaukee County I see PSW workers once a week and I am in the process of getting prescribed sleeping medication. I am traumatized by the incident that occurred I do not view officer's or authoritive figures the same after being assaulted.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___11___ day of _December_ 20_25_.

Respectfully Submitted,

_allen Gregory_
Signature of Plaintiff

_2024016809_
Plaintiff's Prisoner ID Number

_949 N 9th St_
_Milwaukee, WI, 53233_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.